LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (SBN 88666)
Email: glafayette@lkclaw.com
BRIAN H. CHUN (SBN 215417)
Email: bchun@lkclaw.com
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone:   (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Defendant
SAFEWAY INC.

SIEGEL, YEE, BRUNNER & MEHTA
DAN SIEGEL (SBN 56400)
Email: dansiegel@siegelyee.com
ANDREW CHAN KIM (SBN 315331)
Email: chankim@siegelyee.com
475 14th Street, Suite 500
Oakland, California 94612
Telephone:   (510) 839-1200
Facsimile:    (510) 444-6698

Attorneys for Plaintiff
DEBRA HORN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA HORN,<br><br>　　　　Plaintiff,<br>vs.<br><br>SAFEWAY INC. and Does 1-50,<br><br>　　　　Defendants. | Case No. 3:19-cv-02488-JCS<br><br>**JOINT STATEMENT REGARDING SETTLEMENT CONFERENCE**<br><br>Courtroom:   F – 15th Floor<br>Judge:        Hon. Joseph C. Spero<br><br>Action Filed: March 11, 2019<br>Notice of Removal Filed: May 8, 2019<br>Trial Date: September 27, 2021 |

1

At the Case Management Conference on January 22, 2021, the Court ordered the parties to file a joint statement indicating whether the parties agree to a settlement conference. The parties participated in a mediation on September 16, 2020 and continued engaging in informal settlement discussions over the last several months but were unable to reach a resolution. Plaintiff Debra Horn ("Plaintiff") requests an expedited Settlement Conference before an available magistrate judge. Defendant Safeway Inc. ("Defendant") does not agree to a Settlement Conference.

DATED: January 29, 2021						LAFAYETTE & KUMAGAI LLP

							 */s/ Brian H. Chun*
							BRIAN H. CHUN
							Attorneys for Defendant
							SAFEWAY INC.

DATED: January 29, 2021						SIEGEL, YEE, BRUNNER & MEHTA

							 */s/ Andrew Chan Kim*
							ANDREW CHAN KIM
							Attorneys for Plaintiff
							DEBRA HORN

## SIGNATURE ATTESTATION

I hereby attest that I have obtained the concurrence of Andrew Chan Kim, counsel for Plaintiff, for the filing of this Joint Statement.

							 */s/ Brian H. Chun*
							BRIAN H. CHUN

2