UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA HORN,<br><br>            Plaintiff,<br><br>    v.<br><br>SAFEWAY INC.,<br><br>            Defendant. | Case No. 19-cv-02488-JCS<br><br>**ORDER**<br><br>Re: Dkt. No. 54 |

In light of the disagreement between the parties, the Court will not refer this case to a magistrate judge for a settlement conference at this time.

**IT IS SO ORDERED.**

Dated: February 1, 2021

_____
JOSEPH C. SPERO
Chief Magistrate Judge