UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA HORN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAFEWAY INC.,<br><br>　　　　　Defendant. | Case No. 19-cv-02488-JCS<br><br>**ORDER GRANTING JOINT DISCOVERY LETTER BRIEF**<br><br>Re: Dkt. No. 56 |

The parties filed a joint letter (ECF 56) in which defendant seeks additional time to depose plaintiff (the "Motion"). IT IS HEREBY ORDERED that the Motion is GRANTED. Defendant may have an additional three (3) hours to depose plaintiff.

**IT IS SO ORDERED.**

Dated: February 9, 2021

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　Chief Magistrate Judge