LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (SBN 88666)
Email: glafayette@lkclaw.com
BRIAN H. CHUN (SBN 215417)
Email: bchun@lkclaw.com
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone:    (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Defendant
SAFEWAY INC.

UNITED STATES DISTRICT COUT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA HORN,<br><br>                Plaintiff,<br><br>vs.<br><br>SAFEWAY INC. and Does 1-50,<br><br>                Defendants. | Case No. 3:19-cv-02488-JCS<br><br>**DECLARATION OF MICHAEL VASQUEZ IN SUPPORT OF DEFENDANT SAFEWAY INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:         April 30, 2021<br>Time:         9:00 a.m.<br>Courtroom:  Courtroom F, 15th Floor<br>Judge:        Hon. Joseph C. Spero<br><br>Action Filed: March 11, 2019<br>Notice of Removal Filed: May 8, 2019<br>Trial Date: September 27, 2021 |

DECLARATION OF MICHAEL VASQUEZ IN SUPPORT OF DEFENDANT
SAFEWAY INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT
(Case No. 3:19-cv-02488-JCS)

1

I, MICHAEL VASQUEZ, declare:

1. From May 3, 2015 to August 26, 2017, I was employed by Defendant Safeway Inc. ("Safeway") as the Store Director for Store No. 1953 in Dublin, California (the "Dublin store"). I make this declaration in support of Safeway's Motion for Partial Summary Judgment. I make this declaration of my own personal knowledge and could testify competently thereto under oath if called as a witness.

2. During the period of time that I was the Store Director at the Dublin store, Ms. Horn was assigned to oversee the store's self-checkout station – an assignment that did not require her to constantly stand (nor actively checkout customers), although she was still assigned to work in a check stand from time to time as needed.

3. On April 7, 2017, I received a letter from an attorney retained by two customers of color who had visited the Dublin store. The letter complained about Ms. Horn's racial profiling of the customers, a false accusation of shoplifting and a false detention and demanded compensation for civil rights violations. I forward the letter to Asset Protection for investigation.

4. During this period of time (May 3, 2015 to August 26, 2017), I was not an officer or director of Safeway Inc. I also did not have the authority to make, modify and/or deviate from corporate policy. Rather, I implemented the company's directives that were set and established by others in a manner that complied with and was consistent with corporate policy. My job responsibilities included making sure that the policies created and established by others were followed. I also did not have the authority to terminate the employment of any employees.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 25 day of February, 2021 in Turlock, California.

_____
MICHAEL VASQUEZ

DECLARATION OF MICHAEL VASQUEZ IN SUPPORT OF DEFENDANT
SAFEWAY INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT
(Case No. 3:19-cv-02488-JCS)

2