LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (SBN 88666)
Email: glafayette@lkclaw.com
BRIAN H. CHUN (SBN 215417)
Email: bchun@lkclaw.com
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone:    (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Defendant
SAFEWAY INC.

UNITED STATES DISTRICT COUT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA HORN,<br><br>         Plaintiff,<br><br>vs.<br><br>SAFEWAY INC. and Does 1-50,<br><br>         Defendants. | Case No. 3:19-cv-02488-JCS<br><br>**DECLARATION OF KEVIN LOVELL IN SUPPORT OF DEFENDANT SAFEWAY INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:        April 30, 2021<br>Time:        9:00 a.m.<br>Courtroom:   Courtroom F, 15th Floor<br>Judge:       Hon. Joseph C. Spero<br><br>Action Filed: March 11, 2019<br>Notice of Removal Filed: May 8, 2019<br>Trial Date: September 27, 2021 |

DECLARATION OF KEVIN LOVELL IN SUPPORT OF DEFENDANT
SAFEWAY INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT
(Case No. 3:19-cv-02488-JCS)

1

I, KEVIN LOVELL, declare:

1. From 2011 through June 2017, I was employed by Defendant Safeway Inc. ("Safeway") as a District Manager for District 7, which included Store No. 1953 in Dublin, California (the "Dublin store"). I make this declaration in support of Safeway's Motion for Partial Summary Judgment. I make this declaration of my own personal knowledge and could testify competently thereto under oath if called as a witness.

2. I made the decision to terminate the employment of Plaintiff Debra Horn, who was an employee at the Dublin store, effective June 28, 2017, based on an investigation and finding that she had violated multiple company policies in connection with an incident in which she spoke to the police and falsely accused two customers of an intent to shoplift.

3. During this period of time (2011 through June 2017), and at the time I made the decision to terminate Ms. Horn's employment, I was not an officer or director of Safeway Inc. I also did not have the authority to make, modify and/or deviate from corporate policy. Rather, I implemented the company's directives that were set and established by others in a manner that complied with and was consistent with corporate policy. My job responsibilities included making sure that the policies created and established by others were followed.

4. None of the management employees who worked in the Dublin store were officers or directors of Safeway Inc. They also did not have the authority to make, modify and/or deviate from corporate policy. Rather, they implemented the company's directives that were set and established by others in a manner that complied with and was consistent with corporate policy. Their job responsibilities included making sure that the policies created and established by others were followed. They also did not have the authority to terminate the employment of any employees.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 25th day of February, 2021 in Pleasanton, California.

*/s/ KEVIN LOVELL*

DECLARATION OF KEVIN LOVELL IN SUPPORT OF DEFENDANT
SAFEWAY INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT
(Case No. 3:19-cv-02488-JCS)

2