LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (SBN 88666)
Email: glafayette@lkclaw.com
BRIAN H. CHUN (SBN 215417)
Email: bchun@lkclaw.com
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone:   (415) 357-4600
Facsimile:     (415) 357-4605

Attorneys for Defendant
SAFEWAY INC.

SIEGEL, YEE, BRUNNER & MEHTA
DAN SIEGEL (SBN 56400)
Email: dansiegel@siegelyee.com
ANDREW CHAN KIM (SBN 315331)
Email: chankim@siegelyee.com
475 14th Street, Suite 500
Oakland, California 94612
Telephone:   (510) 839-1200
Facsimile:     (510) 444-6698

Attorneys for Plaintiff
DEBRA HORN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA HORN,<br><br>            Plaintiff,<br><br>vs.<br><br>SAFEWAY INC. and Does 1-50,<br><br>            Defendants. | Case No. 3:19-cv-02488-JCS<br><br>**JOINT STATEMENT REGARDING FORUM FOR SETTLEMENT DISCUSSIONS**<br><br>Courtroom:   F – 15th Floor<br>Judge:          Hon. Joseph C. Spero<br><br>Action Filed: March 11, 2019<br>Notice of Removal Filed: May 8, 2019<br>Trial Date: September 27, 2021 |

1

At the Case Management Conference on April 30, 2021, the Court ordered the parties to file a joint statement requesting a forum for further settlement discussions.  Defendant Safeway Inc. ("Defendant") and Plaintiff Debra Horn ("Plaintiff") jointly request a settlement conference with a magistrate judge.  The parties request assignment to any available magistrate judge.

DATED:  May 7, 2021                                          LAFAYETTE & KUMAGAI LLP

                                                      /s/  Brian H. Chun
                                                     BRIAN H. CHUN
                                                     Attorneys for Defendant
                                                     SAFEWAY INC.

DATED:  May 7, 2021                                          SIEGEL, YEE, BRUNNER & MEHTA

                                                        /s/  Andrew Chan Kim
                                                     ANDREW CHAN KIM
                                                     Attorneys for Plaintiff
                                                     DEBRA HORN

**SIGNATURE ATTESTATION**

I hereby attest that I have obtained the concurrence of Andrew Chan Kim, counsel for Plaintiff, for the filing of this Joint Statement.

                                                     /s/ Brian H. Chun
                                                   BRIAN H. CHUN