United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEBRA HORN,

        Plaintiff,

v.

SAFEWAY INC.,

        Defendant.

Case No. 19-cv-02488-JCS

**ORDER REFERRING TO MAGISTRATE JUDGE THOMAS S. HIXSON FOR SETTLEMENT**

IT IS HEREBY ORDERED THAT this matter is referred to United States Magistrate Judge Thomas S. Hixson to conduct a settlement conference within ninety (90) days, or as soon thereafter as is convenient to Judge Hixson.

The parties will be advised of the date, time and place of the next appearance by notice from Judge Hixson's chambers.

**IT IS SO ORDERED.**

Dated: May 11, 2021

_____
JOSEPH C. SPERO
Chief Magistrate Judge