DAN SIEGEL, SBN 56400
ANDREW CHAN KIM, SBN 315331
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com;
chankim@siegelyee.com

Attorneys for Plaintiff
DEBRA HORN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBRA HORN,<br><br>    Plaintiff,<br><br>vs.<br><br>SAFEWAY INC. and Does 1-50,<br><br>    Defendants. | Case No.: 3:19-cv-02488-JCS<br><br>**DECLARATION OF ANDREW CHAN KIM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**<br><br>Date: August 20, 2021<br>Time: 9:30 a.m.<br>Courtroom: F, 15th Floor<br><br>Honorable Joseph C. Spero |

I, Andrew Chan Kim, hereby declare:

1.   I am an attorney licensed to practice in California and an associate at Siegel, Yee, Brunner & Mehta, attorneys of record for plaintiff in this matter.

2.   The facts stated herein are of my own personal knowledge and if called and sworn as a witness, I could and would completely testify thereto.

3.   I make this declaration in support of Siegel, Yee, Brunner & Mehta's Motion to Withdraw as Counsel for Plaintiff.

---

*Horn v. Safeway Inc., et al.*, 3:19-cv-02488-JCS
Declaration of Andrew Chan Kim - 1

4. On May 20, 2021, Mr. Siegel provided Ms. Horn written notice of his intent to withdraw from the case.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 16, 2021 in Belmont, California.

SIEGEL, YEE, BRUNNER & MEHTA

By: */s/ Andrew Chan Kim*
     Andrew Chan Kim

Attorneys for Plaintiff
DEBRA HORN

---

*Horn v. Safeway Inc., et al.*, 3:19-cv-02488-JCS
Declaration of Andrew Chan Kim - 2