UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEBRA HORN,

        Plaintiff,

  v.

SAFEWAY INC.,

        Defendant.

Case No. 19-cv-02488-JCS

**ORDER FOR PLAINTIFF TO APPEAR AT AUGUST 20, 2021 HEARING**

Ms. Horn's counsel has filed a Motion to Withdraw as Counsel for Plaintiff, which is set for hearing on **August 20, 2021 at 9:30 a.m.** Plaintiff Debra Horn is ORDERED to personally appear at the hearing, which will be conducted by Zoom webinar. The Zoom login information is as follows: id. 161 926 0804; password 050855. Plaintiff's counsel shall serve this Order on Plaintiff.

**IT IS SO ORDERED.**

Dated: July 19, 2021

JOSEPH C. SPERO
Chief Magistrate Judge