Debra Horn

7434 Larkdale Ave.

Dublin, CA.

(925)413-8607

br00ks@comcast.net

Pro se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division *[check one]*: X San Francisco ☐ Oakland ☐ San Jose ☐ Eureka

| | |
|---|---|
| Debra Horn <br><br> Plaintiff, <br> vs. <br> Safeway <br><br><br><br> Defendant. | Case Number: 3:19-cv-02488-JCS <br><br> **PLAINTIFF'S STATUS REPORT ON SEARCH FOR NEW LAWYER** <br><br> Status Conference: 9/24/21 at 2pm via Zoom <br> JUDGE: Hon. Joseph C. Spero |

In advance of the status conference set for 9/24/21, I (Plaintiff Debra Horn) am submitting this status report regarding my search for a new lawyer. I have contacted 54 lawyers, and 18 of those lawyers have responded with declining. The other 36 I have either sent my complaint, email or phoned, and I am waiting to hear back soon. I started my searching on 8/20/21, the day my lawyer was granted a withdraw. I will provide a list of all lawyers in which I contacted, their names and

PLAINTIFF'S STATUS REPORT ON SEARCH FOR NEW LAWYER
PAGE ___ OF ___

responses. I am still contacting additional lawyers to represent me, for this reason, I ask that you allow me additional time for searching, as it would be greatly appreciated and needed in order for me to find representation, thank you.

18 Lawyers Declined Representing me:

| LAWYER | REASON GIVEN |
|---|---|
| 1. Bryant Whitten | Unable to represent me |
| 2. Larry Organ | Too busy |
| 3. Hoyer & Hicks | I'm afraid we can't help you |
| 4. Levy, Vinick, Burrell & Hyams | Unable to represent me in this matter |
| 5. Steven Kesten | Retiring, referred me to a lawyer |
| 6. Highman & Highman | Very busy, unable to take my case |
| 7. Lazear Mack | Decline to represent in this matter |
| 8. Ellen Mendelson | I never take cases with prior representation |
| 9. Richard Hoyer | Can't help me in my matter |
| 10. Rutger Heymann | Never take cases this late in the process |
| 11. Briski Law Firm | Too busy |
| 12. Michael Adams | Declined, no reason given |
| 13. Armstrong Law Firm | Unable to take my case at this time |
| 14. Pearson, Simon, Warshaw | Unable to represent in this particular matter |
| 15. Lawless, Lawless, McGrath | Too busy due to current case load |
| 16. Martin Horowitz | Retiring, referred 2 lawyers |
| 17. San Francisco Bar Asso. | No attorneys willing to consult on this matter |

PLAINTIFF'S STATUS REPORT ON SEARCH FOR NEW LAWYER
PAGE ___ OF ___

18. Xinying Valerian          Unable to represent in this matter

PENDING REPLY FROM 36 LAWYERS

LAWYER

1. Michael Flynn
2. Daniel Feder
3. Nelson Law Group
4. Aiman, Smith, @ Marcy
5. Kirk Freeman
6. Dustin Collier
7. Jayme Walker
8. Joshua Konecky
9. William Corman
10. Erin Pulaski
11. John McMorrow
12. Noah Lebowitz
13. Phil Horowitz
14. Gwillian, Cavalli, Brewer
15. LeClerc & LeClerc
16. Supreeta Sampath
17. Hunter Pyle
18. Shelley Bryant

PLAINTIFF'S STATUS REPORT ON SEARCH FOR NEW LAWYER
PAGE ___ OF ___

19. Kurt Dreger

20. Micha Liberty

21. Bryan Schwartz

22. Mary Shea

23. Richard Vaznaugh

24. Susan Bluer

25. Todd Friedman

26. David Lipson

27. DeVito Law Group

28. Vogl Meredith Burke

29. Garcia & Gurney

30. Sebastian Miller

31. Peter Lasques

32. Christopher Baudino

33. David Cello

34. Navruz Avloni

35. Outten & Golden

36. Leigh Law Group

PLAINTIFF'S STATUS REPORT ON SEARCH FOR NEW LAWYER
PAGE ___ OF ___

Respectfully submitted,

Date: September 20, 2021     Sign Name: Debra Horn

Print Name: Debra Horn

PLAINTIFF'S STATUS REPORT ON SEARCH FOR NEW LAWYER
PAGE ___ OF ___