Status Report:
Lawyer Search

11/5/21

Dear Honorable Judge Spero,

Since our last hearing on 9/24/21, I have been searching relentlessly to find a lawyer. I have contact 44 lawyers, and only 5 have returned my emails or phone calls. Those 5 lawyers have declined, I have provided a list of the lawyers contacted, and the reason why declining.

I would ask at this time to be appointed a Pro-Bono lawyer, as I have looked into this option and I believe I would qualify. My case as you know is very detailed and it would be a lot of information for me to present to a Jury by myself, I would greatly appreciation considering a Pro-Bono lawyer.

Thank you,

Debra Horn

**Prior to 9/24 —**

# 18 Lawyers who declined representation

| LAW FIRM | REASON |
|---|---|
| 1. Bryant Whitten Law | — Unable to represent me |
| 2. Larry Organ | — too busy |
| 3. Hoyer & Hicks | — I'm afraid we can't help you |
| 4. Levy, Vinick, Burrell & Hyams | — Unable to represent me in matter |
| 5. Steven Kesten | — Retiring — referred me |
| 6. Highman & Highman | — very busy, unable to take case |
| 7. Lazear Mack | — decline to represent in this matter |
| 8. Ellen Mendelson | — Never take cases with prior lawyer |
| 9. Richard Hoyer | — can't help me in my matter |
| 10. Rutger Heymann | — Never take cases this late in process |
| 11. Briski Law Firm | — too busy |
| 12. Michael Adams | — no, reason not given |
| 13. Armstrong Law Firm | — Unable to take my case at this time |
| 14. Pearson, Simon Warshaw | — not to represent in this particular matter |
| 15. Law & Lawless & McGrath | — too busy due to current case load |
| 16. Martin Horowitz | — Retiring |
| 17. San Francisco Bar Asso. | — No attorneys willing to consult on this matter |
| 18. Xinying Valerian | — Unable to represent in this matter |

**After → 9/24/21 — Present**

| | |
|---|---|
| 19. Michael Flynn — Mr. Horowitz — referral | — too busy |
| 20. Aime Smith, Marcy | At this time, cannot take case |
| 21. Julian Burns King | too late in phase of case |
| 22. Walter Haines | too late in case |
| 23. Samuel Rudolph | No economic reasons has merit |
| 24. | |

## 36-Lawyers Pending Reply

1. Michael Flynn — replied, too busy
2. Daniel Feder — No Reply
3. Nelson Law Group — No Reply
4. Aiman, Smith, & Marcy — At this time cannot take o[n]
5. Kirk Freeman — No Reply
6. Dustin Collier — No Reply
7. Jayme Walker — No Reply
8. Joshua Konecky — No Reply
9. William Corman — No Reply
10. Erin Pulaski — No Reply
11. John McMorrow — No Reply
12. Noah Lebowitz — No Reply
13. Phil Horowitz — No Reply
14. Guillian, Cavalli, Brewer — No Reply
15. LeClerc & LeClerc — No Reply
16. Supreeta Sampath — No Reply
17. Hunter Pyle — No Reply
18. Shelley Bryant — No Reply
19. Kurt Dreger — No Reply
20. Micha Liberty — No Reply
21. Bryan Schwartz — No Reply
22. Mary Shea — No Reply
23. Richard Vaznaugh  (415) 593-0076 — No Reply
24. Susan Bluer — No Reply
25. Todd Friedman — No Reply

# Continued Lawyers Pending Reply

| # | Name | Contact | Reply |
|---|---|---|---|
| 26 | David Lipson | | No Reply |
| 27 | DeVito Law Group | | No Reply |
| 28 | Vogl Meredith Burke | | No Reply |
| 29 | Garcia & Gurney | | No Reply |
| 30 | Sebastian Miller | | No Reply |
| 31 | Peter Lasques | | No Reply |
| 32 | Christopher Baudino | | No Reply |
| 33 | David Cello | | No Reply |
| 34 | Navruz Avloni | | Not at this time |
| 35 | Outten-Golden | | No Reply |
| 36 | Leigh Law Group | | too busy |
| 37 | Julius Burns King | | CONTACTED after 9/24 |
| 38 | Walter Haines | | |
| 39 | Samuel Rudolph | (510) 886-4876 | No, for economic reasons |
| 40 | Sarah Nichols | emailed Auvo – (415) 843-8990 | |
| 41 | Traci Hinden | | No Reply |
| 42 | Robert Ottinger | Auvo email | No Reply |
| 43 | Christopher LeClerc | | No Reply |
| 44 | Gruber Law | Auvo emailed | No Reply |
| 45 | Susan Rubenstein | Auvo emailed | No Reply |
| 46 | Sami Khadder | Auvo emailed | No Reply |
| 47 | Angela Veronese | Auvo emailed | No Reply |
| 48 | Mark Schickman | Auvo emailed | No Reply |
| 49 | Myrlene Randle | Auvo emailed | No Reply |
| 50 | Anne Costin | Auvo emailed | No Reply |
| 51 | Jonathan Louie | Auvo emailed | No Reply |
| 52 | Edwin Shryock | Auvo emailed | No Reply |

CONTACTS SINCE 9/24/21

| LAWYERS | CONTACT | Reply |
|---|---|---|
| 53. Robert Hester | AVVO emailed | NO Reply |
| 54. Brenda Biren | AVVO emailed | NO Reply |
| 55. Matthew Lewis, Payne & Fears Law | AVVO emailed | NO Reply |
| 56. Pamela Price | AVVO emailed | NO Reply |
| 57. Jennifer Liu Lui | AVVO - emailed | NO Reply |
| 58. Karine Bohbot | AVVO - emailed | NO Reply |
| 59. Spencer Young | AVVO - emailed | NO Reply |
| 60. Tracy Lemmon | AVVO - emailed | NO Reply |
| 61. Alexis McKenna | AVVO emailed | NO Reply |
| 62. Stehen Sommers | AVVO emailed | NO Reply |
| 63. Mari Bandoma | AVVO emailed | NO Reply |
| 64. Devin Coyle | AVVO emailed | NO Reply |
| 65. Jacob Sider | AVVO emailed | NO Reply |
| 66. Nina Wasow | AVVO emailed | NO Reply |
| 67. Pamela Koug | AVVO emailed | NO Reply |
| 68. William Gorman | AVVO emailed | NO Reply |
| 69. Erika White | AVVO emailed | NO Reply |
| 70. Judith Wolff | AVVO emailed | NO Reply |
| 71. Scott Cole | AVVO emailed | NO Reply |
| 72. Tracy Scanlan | AVVO emailed | NO Reply |
| 73. Margaret Grover | AVVO emailed | NO Reply |
| 74. Ken Lau | AVVO emailed | NO Reply |
| 75. Cynthia Remmers | AVVO emailed | NO Reply |
| 76. Michael Hoffman | AVVO emailed | NO Reply |
| 77. Darin Ranahan | AVVO emailed | NO Reply |
| 78. Denise Top | AVVO emailed | NO Reply |
| 79. Alden Knisbacher | AVVO emailed | NO Reply |

| Lawyer | Contact | Reply |
|---|---|---|
| 80. Micah Clatterbaugh | Avvo emailed | No Reply |
| 81. Matthew Bainer | Avvo emailed | No Reply |
| 82. Rachel Hulst | Avvo emailed | No Reply |
| 83. Gordon May | Avvo emailed | No Reply |
| 84. Julianne Schwarz | Avvo emailed | No Reply |
| 85. Ray Gallo | Avvo emailed | No Reply |
| 86. Yu Tong | Avvo emailed | No Reply |
| 87. Alan Adelman | Avvo emailed | No Reply |
| 88. Anthony Sperber | Avvo emailed | No Reply |
| 89. Lawrence Freiman | Avvo emailed | No Reply |
| 90. Jeanette Vaccaro | Avvo emailed | No Reply |
| 91. Maria Molteni | Avvo emailed | No Reply |
| 92. Julie Zong | Avvo emailed | No Reply |
| 93. Meenoo Chahbazi | Avvo emailed | No Reply |
| 94. Peter Rukin | Avvo emailed | No Reply |
| 95. Anne Costin | Avvo emailed | No Reply |
| 96. N. William Metke | Avvo emailed | No Reply |
| 97. Lisa Hamasaki | Avvo emailed | No Reply |
| 98. Robert Schug | Avvo emailed | No Reply |