Your name:  Debra Horn

Address: 7434 Larkdale Ave.

           Dublin, CA 94568

Phone Number: (925)413-8607

E-mail Address:  br00ks@comcast.net

Pro se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division *[check one]*: X San Francisco ☐ Oakland ☐ San Jose ☐ Eureka

| Debra Horn | ) | |
|---|---|---|
| | ) | Case Number: 3:19-cv-02488-JCS |
| | ) | |
| Plaintiff, | ) | **PLAINTIFF'S STATUS REPORT ON** |
| vs. | ) | **SEARCH FOR NEW LAWYER** |
| Safeway | ) | |
| | ) | Status Conference: 11/12/21 at 2pm via Zoom |
| | ) | JUDGE: Hon. Joseph C. Spero |
| | ) | |
| Defendant. | ) | |

    In advance of the status conference set for 11/12/21, I (Plaintiff Debra Horn) am submitting this status report regarding my search for a new lawyer. In regards to possible trial dates, if I am granted a motion for Pro-Bono representation, then I would like to trial once my new lawyer has adequate time to familiarize themselves with my case.

PLAINTIFF'S STATUS REPORT ON SEARCH FOR NEW LAWYER
PAGE ___ OF ___

Since our last hearing om9/24/21, Of the 36 lawyers that were pending contact from 9/24/21, only 2 lawyers replied and declined. I have been searching relentlessly to find a lawyer. I have contacted 64 lawyers and only 5 have returned my emails or phone calls. Those 5 lawyers have declined, I have provided a list of the lawyers contacted, and the reason why declining.

I would ask at this time to be appointed a Pro-Bono lawyer, as I have looked into this option and I believe I would qualify. My case as you know is very detailed and it would be a lot of information for me to present to a jury by myself. I would greatly appreciate considering a Pro-Bono lawyer.

LAWYERS CONTACTED SINCE 9/24/21:

| LAWYER | REPLY |
| --- | --- |
| 1. Julian Burns King | No reason given, Declined |
| 2. Walter Haines | Too late in case, Declined |
| 3. Samuel Rudolph | Case has merit, Declined |
| 4. Sarah Nichols | No reply- contacted twice |
| 5. Traci Hinden | No reply- contacted twice |
| 6. Robert Ottinger | No reply-contacted twice |
| 7. Christopher LeClerc | No reply-contacted twice |
| 8. Gruber Law | No reply-contacted twice |
| 9. Susan Rubenstein | No reply-contacted twice |
| 10. Sami Khadder | No reply-contacted twice |
| 11. Angela Veronese | No reply-contacted twice |
| 12. Mark Schickman | No reply-contacted twice |
| 13. Murlene Randle | No reply |
| 14. Anne Costin | No reply-contacted twice |
| 15. Jonathan Louie | No reply-contacted twice |
| 16. Edwin Shryock | No reply-contacted twice |
| 17. Robert Hester | No reply-contacted twice |

PLAINTIFF'S STATUS REPORT ON SEARCH FOR NEW LAWYER
PAGE ___ OF ___

| # | Name | Status |
|---|------|--------|
| 18. | Brenda Biren | No reply-contacted twice |
| 19. | Matthew Lewis & Payne Law | No reply-contacted twice |
| 20. | Pamela Price | No reply-contacted twice |
| 21. | Jennifer Lin Lui | No reply-contacted twice |
| 22. | Karine Bohbot | No reply |
| 23. | Spencer Young | No reply-contacted twice |
| 24. | Tracy Lemmon | No reply-contacted twice |
| 25. | Alexis McKenna | No reply-contacted twice |
| 26. | Stephen Sommers | No reply-contacted twice |
| 27. | Mari Bandoma | No reply |
| 28. | Devin Coyle | No reply-contacted twice |
| 29. | Jacob Sider | No reply-contacted twice |
| 30. | Nina Watson | No reply-contacted twice |
| 31. | Pamela Kong | No reply-contacted twice |
| 32. | William Corman | No reply-contacted twice |
| 33. | Erika White | No reply-contacted twice |
| 34. | Judith Wolff | No reply-contacted twice |
| 35. | Scott Cole | No reply-contacted twice |
| 36. | Tracy Scanlan | No reply-contacted twice |
| 37. | Margaret Grover | No reply |
| 38. | Ken Lau | No reply-contacted twice |
| 39. | Cynthia Remmers | No reply |
| 40. | Michael Hoffman | No reply-contacted twice |
| 41. | Darin Ranahan | No reply |
| 42. | Denise Top | No reply |
| 43. | Alden Knisbacher | No reply |
| 44. | Micah Clatterbaugh | No reply |
| 45. | Mathew Bainer | No reply-contacted twice |

PLAINTIFF'S STATUS REPORT ON SEARCH FOR NEW LAWYER
PAGE ___ OF ___

| | | |
|---|---|---|
| 1 | 46. Rachel Hulst | No reply |
| 2 | 47. Gordon May | No reply |
| 3 | 48. Juliane Schwarz | No reply |
| 4 | 49. Ray Gallo | No reply-contacted twice |
| 5 | 50. Yu Tong | No reply |
| 6 | 51. Alan Adelman | No reply-contacted twice |
| 7 | 52. Anthony Sperber | No reply |
| 8 | 53. Lawrence Freiman | No reply |
| 9 | 54. Jeannette Vaccaro | No reply-contacted twice |
| 10 | 55. Maria Molteni | No reply |
| 11 | 56. Julie Zong | No reply |
| 12 | 57. Meenoo Chahbazi | No reply |
| 13 | 58. Peter Rukin | No reply |
| 14 | 59. Anne Costin | No reply-contacted twice |
| 15 | 60. N,William Metke | No reply |
| 16 | 61. Lisa Hamasaki | No reply |
| 17 | 62. Robert Schug | No reply |
| 18 | 63. Michael Flynn | Too busy- Mr. Horowitz referral |
| 19 | 64. Aime, Smith, Marcy | Cannot take case at this time |

Julian Burns King

Respectfully submitted,

Date: 11/5/21          Sign Name: Debra Horn

PLAINTIFF'S STATUS REPORT ON SEARCH FOR NEW LAWYER
PAGE ___ OF ___

Print Name: Debra Horn

PLAINTIFF'S STATUS REPORT ON SEARCH FOR NEW LAWYER
PAGE ___ OF ___