UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEBRA ANN HORN,

    Plaintiff,

v.

SAFEWAY INC.,

    Defendant.

Case No. 19-cv-02488-JCS

**ORDER TO LOCATE PRO BONO COUNSEL; STAYING PROCEEDINGS**

The Plaintiff having requested and being in need of counsel to assist her in this matter and good and just cause appearing, IT IS HEREBY ORDERED that Plaintiff shall be referred to the Federal Pro Bono Project ("Project") as follows:

1. The Clerk shall forward this Order to the Project office. The scope of this referral shall be for <u>all purposes</u> for the duration of the case.

2. Upon being notified by the Project that an attorney has been located to represent the plaintiff, that attorney shall be appointed as counsel for Plaintiff in this matter for the scope of representation described above.

3. All proceedings in this action are hereby stayed until four weeks from the date an attorney is appointed to represent Plaintiff in this action.

**IT IS SO ORDERED.**

Dated: December 6, 2021

_____
JOSEPH C. SPERO
Chief Magistrate Judge