UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA ANN HORN,<br><br>            Plaintiff,<br><br>    v.<br><br>SAFEWAY INC.,<br><br>            Defendant. | Case No. 19-cv-02488-JCS<br><br>**ORDER APPOINTING COUNSEL** |

Because Plaintiff Debra Horn has requested and is in need of counsel to assist her in this matter and volunteer attorneys are willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, the below listed attorneys are hereby appointed as counsel for Ms. Horn in this matter:

Jennifer Seraphine (CA SBN 245463)          Turner Boyd
Keeley I. Vega (CA SBN 259928)              702 Marshall St Ste 640,
                                            Redwood City, CA 94063

The scope of this referral shall be for all purposes for the duration of the case. All proceedings in this action are hereby stayed until **February 1, 2022**. Counsel shall be familiar with General Order No. 25, governing Appointment and Reimbursement of Pro Bono Counsel, posted on the Court's website.

**IT IS SO ORDERED.**

Dated: January 3, 2022

_____
JOSEPH C. SPERO
Chief Magistrate Judge