TURNER BOYD LLP
JENNIFER SERAPHINE (SBN 245463)
Email: seraphine@turnerboyd.com
KEELEY I. VEGA (SBN 259928)
Email: vega@turnerboyd.com
702 Marshall Street, Suite 640
Redwood City, California 94063
Telephone: (650) 521-5930

Attorneys for Plaintiff
DEBRA HORN

LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (SBN 88666)
Email: glafayette@lkclaw.com
BRIAN H. CHUN (SBN 215417)
Email: bchun@lkclaw.com
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone:   (415) 357-4600
Facsimile:   (415) 357-4605

Attorneys for Defendant
SAFEWAY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA HORN,<br><br>        Plaintiff,<br><br>vs.<br><br>SAFEWAY INC.,<br><br>        Defendant. | Case No. 3:19-cv-02488-JCS<br><br>**STIPULATION OF DISMISSAL**<br><br>Action Filed: March 11, 2019<br>Notice of Removal Filed: May 8, 2019<br>Trial Date: October 3, 2022 |

IT IS HEREBY STIPULATED by and between Plaintiff Debra Horn and Defendant Safeway Inc. through their designated counsel of record that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) with each party bearing her/its own attorney's fees and costs.

DATED:  October 3, 2022                 TURNER BOYD LLP

                                        /s/ Keeley I. Vega
                                        KEELEY I. VEGA
                                        Attorneys for Plaintiff
                                        DEBRA HORN

DATED:  October 3, 2022                 LAFAYETTE & KUMAGAI LLP

                                        /s/ Brian H. Chun
                                        BRIAN H. CHUN
                                        Attorneys for Defendant
                                        SAFEWAY INC.

**SIGNATURE ATTESTATION**

I hereby attest that I have obtained the consent of Brian H. Chun, counsel for Defendant Safeway, Inc., for the filing of this Stipulation.

                                        /s/ Keeley I. Vega
                                        KEELEY I. VEGA

Dated: October 3, 2022

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA